# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA LOPEZ, ETC., | CASE NO. CV 13-09107 RZ |
| Plaintiff, | |
| vs. | JUDGMENT |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | |

In accordance with the Order Granting Defendant United States' Motion to Dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff have and take nothing by her Complaint, and that the action is dismissed.

DATED:   March 17, 2014

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE